# LAW OFFICE OF YURIY MOSHES, P.C.

**Please reply to our BROOKLYN office**

322 West 48th Street, 6th FL  
New York, NY 10036

111 Northfield Ave, Suite 208A  
West Orange, NJ 07052

517 Brighton Beach Ave., 2nd Floor  
Brooklyn, NY 11235

Tel. (888) 445-0234 Fax: (646) 843-7570

Yuriy Moshes, Esq.

*Member of NJ and NY Bar.*

Gennady Litvin, Esq.  
Jessenia Maldonado, Esq.

<u>*Via* ECF</u>  
Hon. Philip M. Halpern  
United States District Judge  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

> Application granted. Initial conference adjourned to 9/24/2020 at 12:45 p.m.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: New York, New York
> September 10, 2020

RE: *Carolann Lopez v. CareMount Medical, P.C., et al.*  
<u>Case No: 20-cv-04101 (PMH)</u>

Your Honor:

    My office represents Plaintiff Carolann Lopez in the above-referenced matter. We write now to respectfully request that the initial pre-trial conference, currently scheduled for Wednesday, September 23, 2020 at 10:30AM, be rescheduled to a later date. Counsel for Defendants, Mary A. Smith, Esq. consents to this request. This is Plaintiff's first such request, and if granted, will not affect any other scheduled dates or deadlines.

    The reason for this request is that on September 23, 2020, at 10:00AM, the undersigned is scheduled to appear for a court-ordered deposition on another matter. The parties are available to conference on the suggested dates of Thursday, September 24, 2020, Friday, September 25, 2020, or any date convenient with the Court.

    We thank the Court for its time and consideration of this request.

Respectfully submitted,

/s/  
Jessenia Maldonado, Esq.